178 So. 461

## LEE v. STATE.
### 4 Div. 361.

Court of Appeals of Alabama.

Nov. 16, 1937.

Rehearing Denied Dec. 14, 1937.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.

There is but one question involved in this appeal, and that is the refusal of the trial judge to give, at the request of the defendant, the general affirmative charge.

The evidence on this point is in conflict. Where this is the case the affirmative charge is properly refused.

We find no error in the record, and the judgment is affirmed.

Affirmed.